FRANCIENE HOFMANN, Respondent, *v.* MAX H. HOFMANN et al., Defendants, and SUNWOOD HOMES, INC., et al., Appellants. (Eleven other actions.)

Argued June 10, 1940; decided July 24, 1940.

*Louis Rivkin* and *Jay Leo Rothschild* for appellants.

*Arthur H. Ellis* and *L. Edward Masin* for respondents.

Judgments modified by striking out the provision for reformation of the deeds and, as modified, affirmed, with costs to the respondents. The representations contained in the advertisements coupled with the oral representations entitle the plaintiffs to injunctive relief against the defendants but furnish no ground for the reformation of the contract. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and CONWAY, JJ. Taking no part: LEWIS, J.